**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JAMES K. WILKINS,
     Plaintiff,

vs.                                  Case No. 3:05cv139/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,
     Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 29, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **REVERSED**, this action is **REMANDED** to the Commissioner to enter a finding of total disability and award disability benefits, and the clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of August, 2006.

                           *s/ M. Casey Rodgers*
                         **M. CASEY RODGERS
                         UNITED STATES DISTRICT JUDGE**