IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES WILKINS,
    Plaintiff,

vs.                                          Case No.:  3:05cv139/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 4, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's Former Attorney's Corrected Request for Attorney Fees, Expenses, and Costs Under The Equal Access to Justice Act (Doc. 29) is **DENIED**.

    **DONE AND ORDERED** this 12th day of January, 2007.

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**